UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | No. C 09-5996 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WILLIAM H. DuBOIS; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing an action against his attorney in state court and without prejudice to him filing a federal habeas petition to challenge his conviction.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 19, 2010

_____
SUSAN ILLSTON
United States District Judge