UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | No. C 09-5996 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM H. DuBOIS; et al., | |
| Defendants. | |

Plaintiff's motion for the court to provide copies of the orders issued on July 19, 2010 is GRANTED. (Docket # 23.) The clerk will mail him a copy of each document issued that day, i.e., order of dismissal, the order granting leave to proceed in forma pauperis and the judgment.

IT IS SO ORDERED.

Dated: May 2, 2011

_____
SUSAN ILLSTON
United States District Judge