UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | No. C 09-5996 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM H. DuBOIS; et al., | |
| Defendants. | |

This action was dismissed and judgment entered almost a year ago, on July 19, 2010. Plaintiff filed a "request for 30 day continuance" on July 8, 2011, on the ground that he has been denied access to the courts, legal assistance and a law library. The request is DENIED because there is no need for any continuance in this action that has long been closed. (Docket # 26.) The court does not construe the document to be a request for an extension of time to file a notice of appeal or to reopen the time to appeal because it does not mention an appeal and the deadline by which to file such a request passed many months ago. *See* Fed. R. Civ. Proc. 4. Plaintiff should not file any more motions or requests in this closed action.

If plaintiff wants to complain about a denial of access to the courts at his current prison, he may file a new civil rights complaint but should do so in the appropriate venue. The court in the appropriate venue for a claim concerning the conditions of confinement at Pleasant Valley State Prison in Coalinga is the United States District Court for the *Eastern* District of California.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
SUSAN ILLSTON
United States District Judge