UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | No. C 09-5996 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM H. DuBOIS; et al., | |
| Defendants. | |

This action was dismissed and judgment entered on July 19, 2010. Plaintiff has sent to the court a letter asking the court to waive or postpone plaintiff's obligation to pay the filing fee in this action until he pays off a restitution fine in another court case. The request is DENIED. (Docket # 28.) The obligation became due when he filed his complaint, and the pauper statute, 28 U.S.C. § 1915(b), sets the schedule for the deductions from his inmate trust account. Plaintiff should not file any more motions, requests or letters in this closed case.

IT IS SO ORDERED.

Dated: January 9, 2013

_____
SUSAN ILLSTON
United States District Judge